THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM S. BREWER, Appellant, against LAZARUS LEVY, as Acting Warden of The City Prison, et al., Respondents.

(Submitted April 16, 1935; decided May 21, 1935.)

*Clarence E. Sutherland* and *Joseph C. Milanese* for appellant.

*William Copeland Dodge, District Attorney (Irving Jay Tell* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.